230 F.2d 610
 John ALBARELLI et al., Plaintiffs-Appellants,
v.
HARRISON MOTOR FREIGHT, Inc., et al., Defendants-Appellees.
 No. 175.
 Docket 23717.
 United States Court of Appeals Second Circuit.
 Argued January 9, 1956.
 Decided January 9, 1956.
 
 Appeal from the United States District Court for the District of Connecticut; Robert P. Anderson, Judge.
 David R. Lessler, Bridgeport, Conn., for appellants.
 Gregory C. Willis, Bridgeport, Conn., for appellees.
 Before CLARK, Chief Judge, and FRANK and LUMBARD, Circuit Judges.
 PER CURIAM.
 
 
 1
 Judgment affirmed in open court on Judge Anderson's memorandum refusing to set aside a verdict for the defendant.